J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne R. Brantley
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: abrantley@lrrc.com

*Attorneys for Defendant, Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH A. KANE, | Case No.: 2:18-cv-00406-JAD-PAL |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT NAVIENT SOLUTIONS, LLC'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| NAVIENT SOLUTIONS, LLC; EQUIFAX INFORMATION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Ruth A. Kane ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL") through their respective counsel, in light of the following facts:

## RECITALS

A. Plaintiff filed the Complaint ("Complaint") against NSL on or about March 7, 2018.

B. NSL was served with the Complaint on or about March 8, 2018.

C. NSL's current deadline to respond to the Amended Complaint is March 29, 2018.

D. The parties agreed that NSL would have through April 26, 2018 to respond to the Complaint in order to give NSL time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

/ / /

104479312_1

E. There is good cause to grant this stipulation because NSL requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and NSL respectfully request that the Court extend NSL time to respond to Plaintiff's Complaint through April 26, 2018.

**STIPULATION**

NOW, THEREFORE, Plaintiff and NSL hereby stipulate and agree that NSL has up to and including April 26, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: March 23, 2018

HAINES & KRIEGER, LLC

By: /s/ Rachel B. Saturn
David H. Drieger
Rachel B. Saturn
*Attorneys for Plaintiff Ruth A. Kane*

Dated: March 23, 2018.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Adrienne R. Brantley
J Christopher Jorgensen
Adrienne R. Brantley
*Attorneys for Defendant
Navient Solutions, LLC*

**IT IS SO ORDERED**

Peggy A. Leen
United States Magistrate Judge

DATED March 26, 2018

104479312_1