J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: abrantley@lrrc.com

*Attorneys for Defendant*
*Navient Solutions, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RUTH A. KANE,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00406-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT NAVIENT SOLUTIONS, LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Compl. Filed: March 7, 2018<br><br>Hon. Judge Jennifer A. Dorsey<br>Hon. Magistrate Judge Peggy A. Leen |

This second Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Ruth A. Kane ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL") through their respective counsel, in light of the following facts:

RECITALS

A. Plaintiff filed the Complaint ("Complaint") against NSL on or about March 7, 2018.

B. NSL was served with the Complaint on or about March 8, 2018.

C. On March 26, 2018, this Court extended NSL's response deadline until April 26, 2018.

D. The parties have diligently conferred regarding this matter but require additional time to research the claims at issue.

104730822_1

1

E. The Parties therefore have mutually agreed to extend NSL's time to respond to the Complaint an additional two weeks until May 10, 2018.

F. The parties agree that the requested extension will permit the parties to continue to research the claims at issue and discuss a potential resolution of this matter.

G. There is good cause to grant this stipulation because the Parties require additional time to investigate Plaintiff's claims and to consider a potential resolution of this matter.

H. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and NSL respectfully request that the Court extend NSL time to respond to Plaintiff's Complaint through May 10, 2018.

STIPULATION

NOW, THEREFORE, Plaintiff and NSL hereby stipulate and agree that NSL has up to and including May 10, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: April 20, 2018

HAINES & KRIEGER, LLC

By: */s/ Rachel B. Saturn*
David H. Krieger
Rachel B. Saturn
*Attorneys for Plaintiff Ruth A. Kane*

Dated: April 20, 2018

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/ Adrienne Brantley-Lomeli*
J Christopher Jorgenson
Adrienne Brantley-Lomeli
*Attorneys for Defendant Navient Solutions, LLC*

**ORDER**

**IT IS SO ORDERED**

Honorable Peggy A. Leen
United States District Judge

DATED April 24, 2018